**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Eugenia Tamayo,

                             Plaintiff,

                -against-

Luis Alexis Ramirez,

                             Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/20/2020
```

1:19-cv-10660 (LAK) (SDA)

<u>ORDER</u>

**STEWART D. AARON, United States Magistrate Judge:**

The above-referenced action has been referred to Magistrate Judge Stewart D. Aaron for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions and settlement, as well as for dispositive motions, pursuant to 28 U.S.C. § 636(b)(1)(A). (ECF No. 15.) All pretrial motions and applications, including those related to scheduling and discovery, must be made to Judge Aaron and in compliance with this Court's Individual Practices, available on the Court's website at http://nysd.uscourts.gov/judge/Aaron.

It is hereby Ordered that, no later than December 1, 2020, the parties shall file a joint letter regarding the status of this action.

It is further Ordered that the parties shall appear via Telephone for a conference on Thursday, December 3, 2020, at 2:00 p.m. EST. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:      New York, New York
                November 20, 2020

_____
STEWART D. AARON
United States Magistrate Judge