UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
Eugenia Tamayo,

                    Plaintiff,

       -against-

Luis Alexis Ramirez,

                    Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2020

1:19-cv-10660 (LAK) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephonic conference with the parties today, the Court hereby orders as follows: By no later than February 5, 2021, the parties shall file a joint letter setting forth three dates available for a settlement conference.

SO ORDERED.

DATED:   New York, New York
         December 3, 2020

_____
STEWART D. AARON
United States Magistrate Judge