USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/17/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Eugenia Tamayo,

        Plaintiff,

v.

                                19-cv-10660 (LAK)(SDA)

Luis Alexis Ramirez,

        Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

        The Court has been informed that the parties have reached a settlement in principle to resolve all claims at issue in this case.

        Accordingly, the case is dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect on or before, June 7, 2021, if the settlement is not executed by then.

        SO ORDERED.

DATED: May 17, 2021

                                                  Lewis A. Kaplan
                                           United States District Judge